IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-50445
Summary Calendar
_____


BRIDGET VALENZUELA; ET AL.,

                                                            Plaintiffs,

BRIDGET VALENZUELA; XAVIER VALENZUELA,

                                                            Plaintiffs-Appellants,

                              versus

UNITED STATES OF AMERICA,

                                                            Defendant-Appellee.

_____

Appeal from the United States District Court for
the Western District of Texas
(USDC No. MO-99-CV-1)
_____
January 23, 2001

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

_____

   [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The judgment of the district court is affirmed for reasons given by that court in its order of March 31, 2000.

Affirmed.